**DISMISS; Opinion issued April 29, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-13-00366-CV**
_____

**MARY E. NIELSEN, Appellant**
**V.**
**XQC PROPERTY, LLC, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-169-2013**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant

informs the Court that she no longer wishes to pursue the appeal. Accordingly, we grant

appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Carolyn Wright/
_____
CAROLYN WRIGHT
CHIEF JUSTICE

130366F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARY E. NIELSEN, Appellant

No. 05-13-00366-CV     V.

XQC PROPERTY, LLC, Appellee

On Appeal from the County Court at Law
No. 6, Collin County, Texas
Trial Court Cause No. 006-169-2013.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, XQC PROPERTY, LLC, recover its costs of this appeal from appellant, MARY E. NIELSEN.

Judgment entered April 29, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE